FILED
OCT 2 4 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: Order Adopting Schedule of Transcript Fees

Miscellaneous No. 1:07mc55

## ORDER

The Judicial Conference of the United States has adopted a new schedule for the maximum page rates that may be charged for court transcripts. Pursuant to this action, the United States District Court for the Northern District of West Virginia hereby adopts this new schedule, a copy of which is attached to this Order.

IT IS SO **ORDERED**.

DATED: October 24, 2007

IRENE M. KEELEY
UNITED STATES DISTRICT CHIEF JUDGE